SLR:LDM:KRH
F. #2012V00377

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

              Plaintiff,

  -against-

TWO HUNDRED EIGHTY-NINE THOUSAND
EIGHT HUNDRED DOLLARS, MORE OR LESS,
IN U.S. CURRENCY ($289,800.00)
SEIZED FROM LUIS DAMIAN JACAS
ON NOVEMBER 17, 2011;

TWO THOUSAND EIGHT HUNDRED
FIFTY ONE DOLLARS AND FIFTY
ONE CENTS, MORE OR LESS, IN U.S.
CURRENCY $2,851.51 SEIZED FROM LUIS
DAMIAN JACAS ON NOVEMBER 17, 2011;

TWO HUNDRED EIGHTY EIGHT (288) BOTTLES
OF WINE SEIZED FROM LUIS DAMIAN
JACAS ON NOVEMBER 17, 2011 AT Wine Care
STORAGE LLC ON NOVEMBER 17, 2011;

TEN THOUSAND DOLLARS, MORE OR LESS,
IN U.S. CURRENCY ($10,000.00)
SEIZED FROM ERIC R. BRAHMS ON
NOVEMBER 17, 2011;

EIGHT HUNDRED SEVENTY THREE THOUSAND
FOUR HUNDRED SEVENTY NINE DOLLARS,
MORE OR LESS, IN U.S. CURRENCY
($873,479.00) SEIZED FROM IRWIN GUTMAN ON
NOVEMBER 17, 2011; AND

EIGHT THOUSAND TWO HUNDRED DOLLARS,
MORE OR LESS, IN UNITED STATES CURRENCY
($8,200.00) IN U.S. CURRENCY SEIZED FROM
ELLE CHONG ROZAN ON NOVEMBER 17, 2011;

              Defendants-In-Rem.

- - - - - - - - - - - - - - - - - - -X

**WARRANT FOR ARREST**
**OF ARTICLES IN REM**

Civil Action
No.

CV12 2173

JOHNSON, J.

TO THE UNITED STATES CUSTOMS AND BORDER PROTECTION AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS, a Verified Complaint In Rem has been filed on May 2, 2012, in the United States District Court for the Eastern District of New York, alleging that the defendants-in-rem are subject to seizure and forfeiture to the United States of America, pursuant to 18 U.S.C. § 1956;

WHEREAS, the Court being satisfied that, based on the Verified Complaint, there is probable cause to believe that the defendants-in-rem constitute property that is subject to forfeiture for such violations, and that grounds for issuance of a warrant for arrest of articles in rem exist, pursuant to Supplemental Rule G(3)(b) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims;

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest and seize the defendants-in-rem and use discretion and whatever means appropriate to protect and maintain the defendants-in-rem; and

IT IS ORDERED THAT you shall provide notice of this action to all persons thought to have an interest in or claim against the defendants-in-rem by serving upon such persons a copy of this warrant, and a copy of the Verified Complaint, in a manner consistent with the principles of service of an action in rem under Supplemental Rule G(4)(b) of the Supplemental Rules

for Admiralty or Maritime and Asset Forfeiture Claims and the Federal Rules of Civil Procedure, and publish notice of the action in a newspaper of general circulation in the Eastern District of New York, pursuant to Supplemental Rule G(4)(a); and

IT IS FURTHER ORDERED that, promptly after execution of this process, you shall file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

NOTICE IS HEREBY GIVEN that in order to avoid forfeiture of the property, any person claiming an interest in, or right against, the property must file a verified claim identifying the specific property claimed, the claimant and the claimant's interest in the property. The verified claim must be signed by the claimant under penalty of perjury, in the manner set forth in Supplemental Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims and the Federal Rules of Civil Procedure, except that in no event may such claim be filed later than thirty-five (35) days after service of the Amended Verified Complaint, or as applicable, not later than thirty (30) days after the date of final publication of notice of the filing of the Amended Verified Complaint. In addition, any person having filed a claim must also file an answer to the Amended Verified Complaint not later than twenty (20) days after filing of the claim. All such claims and

answers must be filed with the Clerk of the Court, United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, with a copy thereof sent to the United States Attorney's Office, 271 Cadman Plaza East, Brooklyn, New York 11201, Attn: Special Assistant United States Attorney Karen R. Hennigan.

Dated:   Brooklyn, New York
         May 2, 2012

                              UNITED STATES DISTRICT JUDGE