UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------X
UNITED STATES OF AMERICA,

        Plaintiff,   **NOTICE OF APPEARANCE**

        12 CV. 2173 (SJ)

TWO HUNDRED EIGHTY-NINE
THOUSAND EIGHT HUNDRED
DOLLARS, ET. AL.

        Defendants.
----------------------------------------------X

TO:   Clerk of the Court
       US District Court
       225 Cadman Plaza East
       Brooklyn, NY 11201

Kindly enter my appearance as counsel for Eric Brahms in connection with the above-captioned matter.

Dated:    May 30, 2012

        Respectfully submitted,

        /s/
       -----------------------------------
       MICHAEL F. BACHNER, Esq.
       (MFB-7719)
       BACHNER & ASSOCIATES P.C.
       39 BROADWAY, SUITE 1610
       NEW YORK, NEW YORK 10006
       (212) 344-7778  - Tel.
       (212) 344-7774  - Fax
       E-MAIL MB@BHLAWFIRM.COM