UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

- v. -

TWO HUNDRED EIGHTY-NINE THOUSAND
EIGHT HUNDRED DOLLARS,  et. al.

Defendants-in-rem.

Civil Action No. 12 CV 2173 (SJ)

*Document Electronically Filed*

## AFFIDAVIT OF ERIC BRAHMS

STATE OF ~~NEW YORK~~ *CONNECTICUT* §

§

COUNTY OF ~~NEW YORK~~ *FAIRFIELD* §

ERIC R. BRAHMS declares under the penalty of perjury that:

1.       I am over the age of eighteen (18) years and a resident of the State of _CT_.

2.       I have read the foregoing Claim for Seized Property and declare under penalty of

perjury that the foregoing facts are true and correct to the best of my knowledge.

_____
ERIC BRAHMS

SWORN TO AND SUBSCRIBED before me this 24th day of MAY, 2012.

_____
*Patricia A. Sichler*
NOTARY PUBLIC
My Commission Expires
April 30, 2014

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

Plaintiff,

- v. -

TWO HUNDRED EIGHTY-NINE THOUSAND
EIGHT HUNDRED DOLLARS, et. al.

Defendants-in-rem.

Civil Action No. 12 CV 2173 (SJ)

*Document Electronically Filed*

---

## CLAIM FOR SEIZED PROPERTY

ERIC R. BRAHMS. Residing at *69 RIVERDALE AVE, #203*, hereby makes claim to *GREENWICH, CT. 06831* the Defendant property ($10,000.00 U.S.C.) seized from his apartment safe on November 17, 2011.

BRAHMS has the right to make this claim by virtue of the fact that he is the owner of the claimed property.

II.

The property should be returned to Claimant for the reason that said property was not and is not subject to seizure or forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(c). Claimant would further show that no probable cause existed for the seizure of such property and such property was unlawfully seized.

Dated: New York, New York
       May 23, 2012

1

Respectfully submitted,

BACHNER & ASSOCIATES, P.C.

BY: _____ /s/ _____

Michael F. Bachner (MFB-7719)

*Attorneys for Defendant-in-rem*
*39* Broadway, Suite 1610
New York, New York 10004
Tel: (212) 344-7778
Fax: (212) 344-7774
Email: mb@bhlawfirm.com

2