UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,                : 12-CV-2173 (SJ)

                        Plaintiff

   -against-                                                       :  NOTICE OF APPEARANCE

TWO HUNDRED EIGHTY-NINE THOUSAND EIGHT
HUNDRED DOLLARS, et. al,                        :

                       Defendant               :
-------------------------------------------------------------------X

TO THE CLERK OF THE COURT OF THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF NEW YORK:

You are hereby notified that we represent the defendant Irwin Gutman who claims ownership of the $873,479.00 in the above-entitled action.

                                                     Joseph Corozzo
                                                     Rubinstein & Corozzo, LLP
                                                     260 Madison Avenue, 22nd Floor
                                                     New York, New York 10016
                                                     (212) 545-8777
                                                     (212) 679-1844 (fax)
                                                     rcorozzo@aol.com

Date:   June 7, 2012