UNITED STATES DISTRICT COURT      12-CV-2173
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------

UNITED STATES OF AMERICA,
                          Plaintiff                       CLAIM OF INTEREST

       -against-

EIGHT HUNDRED SEVENTY THREE THOUSAND
FOUR HUNDRED SEVENTY NINE DOLLARS, MORE
OR LESS, IN U.S. CURRENCY ($873,479) SEIZED
FROM IRWIN GUTMAN ON NOVEMBER 17, 2011, *et. al.*

    I, Izak Irwin Gutman, file this verified claim of ownership of the above described property. As grounds for this claim, claimant states the following:

    1.    I am owner of the approximately $873,479 in currency at issue in this action.

    2.    I am hereby claim the right to defend this action.

Dated:    June 6, 2012

                                                   IZAK IRWIN GUTMAN

## VERIFICATION

I, Izak Irwin Gutman, hereby declare that I have read the foregoing verified claim. I verify and declare under penalty of perjury that the foregoing is true and correct. Executed this **6** of June, 2012 in New York, New York.

                                                   IZAK IRWIN GUTMAN

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing claim of interest was served by mail upon Special Assistant United States Attorney Karen R. Hennigan, United States Attorney's Office for the Eastern District of New York, 271 Cadman Plaza East, 7th Floor, Brooklyn, New York, 11201.

Sworn to before me:
June 6, 2012

Carla Sanderson, Notary Public

CARLA SANDERSON
NOTARY PUBLIC-STATE OF NEW YORK
No. 02SA6251011
Qualified in Kings County
My Commission Expires November 07, 2015