UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

               Plaintiff,

    -against-

TWO HUNDRED EIGHTY-NINE THOUSAND
EIGHT HUNDRED DOLLARS, et. al.

              Defendants *in rem*.
-----------------------------------------------------------------X

**NOTICE OF APPEARANCE**

12 CV 2173 (SJ)

PLEASE TAKE NOTICE that I have been retained to represent Elle Chong Rozan who has claimed ownership of $8,200.00 in U.S. Currency in the above-captioned matter. I was admitted to practice in this District in May 1991.


Dated:      June 11, 2012

                      Respectfully submitted,

                      CHARLES A. ROSS (CR 1331)
                      Charles A. Ross & Associates, LLC
                      111 Broadway, Suite 1401
                      New York, NY 10006
                      Tel. (212) 616-3030
                      Fax (212) 616-3031
                      Email: cross@charlesrosslaw.com