IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TWO HUNDRED EIGHTY-NINE THOUSAND EIGHT HUNDRED DOLLARS, et. al.<br><br>    Defendants *in rem*. | Civil Action No. 12 CV 2173 (SJ) |

## VERIFIED STATEMENT OF INTEREST

Claimant Elle Chong Rozan, residing at 150 West 55th Street, Apartment 7F, New York NY 10019, files this Verified Statement of Interest in the $8,200.00 in United States Currency seized from her residence on November 17, 2011. In support of her claim, Claimant states as follows:

1. That she is the owner of the above-described property and hereby claims the right to defend this action.

## VERIFICATION

I, Elle Chong Rozan, hereby verify that I have read the foregoing Statement of Interest, and declare under penalties of perjury that the allegations contained therein are true and correct.

                       _____
                       ELLE CHONG ROZAN

Sworn to before me this 12th day of June 2012.



_____
NOTARY PUBLIC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Verified Statement of Interest was served by mail upon Assistant United States Attorney Karen R. Hennigan, United States Attorney's Office for the Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201 and electronically filed with the Court via CMF/ECF on this 12th day of June 2012.

_____
CHARLES A. ROSS (CR 1331)
Charles A. Ross & Associates, LLC
111 Broadway, Suite 1401
New York, NY 10006
    Tel. (212) 616-3030
Fax (212) 616-3031
Email: cross@charlesrosslaw.com