## CERTIFICATE OF SERVICE

I hereby certify that, on May 11, 2012, a true copy of the Verified Complaint In Rem and Warrant for Arrest of Articles In Rem  re: CV-12-2173 United States of America against Two Hundred Eighty Nine Thousand Eight Hundred Dollars, et al., was sent by Certified Mail Return Receipt to:

**Luis Damian Jacas**
**c/o David Segal, Esq.**
**30 Vesey Street, Suite 900**
**New York, New York 10007**

**Wine Care Storage**
**628 West 28th Street**
**New York, New York 10001**

**Eric R. Brahms**
**210 East 68th Street**
**New York, New York 10065**

**Eric R. Brahms**
**c/o Michael R. Bachner, Esq.**
**Bachner & Associates**
**39 Broadway, Suite 1610**
**New York, New York 10006**

**Irwin Gutman**
**2200 Ocean Avenue Apt 50**
**Brooklyn, New York 11229**

**Izak Irwin Gutman**
**c/o Carla Sanderson, Rubienstein**
**260 Madison Avenue #22**
**New York, New York 10016**

**Elle Chong**
**150 West 55th Street #7F**
**New York, New York 10019**

**Elle Chong**
**c/o Charles A. Ross, Esq.**
**Trinity Centre**
**111 Broadway, Suite 1401**
**New York, New York 10006**

Yvette Ramos-FSA Paralegal

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ▣ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>▣ Print your name and address on the reverse so that we can return the card to you.<br>▣ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Luis Damian Jaca<br>c/o David Segal, Esq<br>30 Vesey Street, Suite 900<br>New York, NY 10007 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
|  | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |

2. Article Number
(*Transfer from service label*)         7011 2970 0003 2280 6013

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

---

**U.S. Postal Service...**
**CERTIFIED MAIL.. RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee<br>(Endorsement Required) | |
| Restricted Delivery Fee<br>(Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To
Luis Damian Jaca
Street, Apt. No.; or PO Box No.
c/o David Segal Suite 900
City, State, ZIP+4
30 Vesey Street
NY, NY 10007

PS Form 3800, August 2006          See Reverse for Instructions

Article number (vertical): 7011 2970 0003 2280 6013

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Elle Chong Rozan
c/o Charles A Ross, ESQ
Trinity Centre
111 Broadway Suite 1401
New York, NY 10006

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Silverman                        8/17/1~

D. Is delivery address different from item 1?   ☑ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☑ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7011 2970 0003 2280 6068

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Eric Brahms
c/o Michael R Bachner
Bachner + Associates
39 Broadway Suite 1610
NY NY 10006

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 5/18

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☑ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7011 2970 0003 2280 6044

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**A. Signature**
X _Cryfl_
☐ Agent
☐ Addressee

**B. Received by ( Printed Name)**
EMC R BRITHMS

**C. Date of Delivery**

1. Article Addressed to:

Eric Bruhms,
210 EAST 68th street
Apt 1SL
new york, NY 10065

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7011 2970 0003 2280 6020

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**A. Signature**
X
☐ Agent
☐ Addressee

**B. Received by ( Printed Name)**
A Stricus

**C. Date of Delivery**

1. Article Addressed to:

WinCore Storage LLC
628 W 38th Street
MY NY 10001

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7011 2970 0003 2280 6006

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

IZAK Irwin G....
2100 Ocean Ave
Apartment 5-0
Brooklyn NY 11224

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____
☐ Agent
☐ Addressee

B. Received by ( Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☑ Certified Mail        ☐ Express Mail
☐ Registered            ☐ Return Receipt for Merchandise
☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)             ☐ Yes

2. Article Number
(Transfer from service label)   7011 2970 0003 2280 6051

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Elle Chong ROZAn # 7F
150 West 55th Street
NY NY 10019

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____
☐ Agent
☐ Addressee

B. Received by ( Printed Name)      C. Date of Delivery
MARIO DIAZ

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☑ Certified Mail        ☐ Express Mail
☐ Registered            ☐ Return Receipt for Merchandise
☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)             ☐ Yes

2. Article Number
(Transfer from service label)   7011 0470 0000 6140 7312

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540