SLR:LDM:SRL
F.#2012V00377

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

                Plaintiff,

  -against-

TWO HUNDRED EIGHTY-NINE THOUSAND
EIGHTY HUNDRED DOLLARS, ($289,800.00)
SEIZED FROM LUIS DAMIAN JACAS ON
NOVEMBER 17, 2011, ET AL.,

              Defendants In Rem.

- - - - - - - - - - - - - - - - - - - - -X

**NOTICE OF A APPEARANCE**

Civil Action
No. 12-2173 (SJ)

        Assistant U.S. Attorney Scott R. Landau hereby files a notice of appearance in this action on behalf of the United States, and requests that she be served with copies of all future filings.

Dated:    Brooklyn, New York
          June 20, 2012

                            Respectfully submitted,
                            LORETTA E. LYNCH

                  By:  /s/
                            Scott R. Landau
                            Assistant U.S. Attorney
                            Eastern District of New York
                            271 Cadman Plaza East
                            Brooklyn, New York 11201
                            Scott.Landau@usdoj.gov
                            (718) 254-7035