UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

TWO HUNDRED EIGHTY-NINE THOUSAND
EIGHT HUNDRED DOLLARS, et. al.

                Defendants *in rem*.
-------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

12 CV 2173 (SJ)

PLEASE TAKE NOTICE that I have been retained to represent Elle Chong Rozan who has claimed ownership of $8,200.00 in U.S. Currency in the above-captioned matter. I was admitted to practice in this District in May 2011.

Dated:      June 27, 2012

                                                  Respectfully submitted,

                                                  DOREA SILVERMAN (DS-6813)
                                                  Charles A. Ross & Associates, LLC
                                                  111 Broadway, Suite 1401
                                                  New York, NY 10006
                                                  Tel. (212) 616-3030
                                                  Fax (212) 616-3031
                                                  Email: dsilverman@charlesrosslaw.com