UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

UNITED STATES OF AMERICA,   Civil Action #:
   12-CV-2173(SJ)

                Plaintiff,   **NOTICE OF APPEARANCE**

-against-

TWO HUNDRED EIGHTY-NINE THOUSAND
EIGHT HUNDRED DOLLARS, MORE OR LESS,
IN U.S. CURRENT ($289,800.00) SEIZED FROM
LUIS DAMIAN JACAS ON NOVEMBER 17, 2011;

TWO THOUSAND EIGHT HUNDRED FIFTY ONE
DOLLARS AND FIFTY ONE CENTS, MORE OR
LESS, IN U.S. CURRENCY ($2,851.51) SEIZED FROM
LUIS DAMIAN JACAS ON NOVEMBER 17, 2011;

TWO HUNDRED EIGHTY EIGHT (288) BOTTLES
OF WINE SEIZED FROM LUIS DAMIAN JACAS
ON NOVEMBER 17, 2011 AT WINE CARE
STORAGE LLC ON NOVEMBER 17, 2011;

THEN THOUSAND DOLLARS MORE OR LESS,
IN U.S. CURRENCY ($10,000.00) SEIZED FROM
ERIC R. BRAHMS ON NOVEMBER 17, 2011;

EIGHT HUNDRED SEVENTY THREE THOUSAND
FOUR HUNDRED SEVENTY NINE DOLLARS,
MORE OR LESS, IN U.S. CURRENCY ($873,479.00)
SEIZED FROM IRWIN GUTMAN ON NOVEMBER
17, 2011; AND

EIGHT THOUSAND TWO HUNDRED DOLLARS,
MORE OR LESS, IN UNITED STATES CURRENCY
($8,200.00) IN U.S. CURRENCY SEIZED FROM
ELLE CHONG ROZAN ON NOVEMBER 17, 2011;

               **Defendants In Rem.**
------------------------------------------------------------------------X

    PLEASE TAKE NOTICE, that I have been retained by **GAEL GORDON** the above named Claimant. I was admitted to practice in this District in September of 1974.

*[signature: David Segal]*
DAVID SEGAL (DS-5108)
7 Dey Street, Suite 1401
New York, New York 10007
(212) 406-9200