

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

December 19, 2012

ELECTRONICALLY FILED

Honorable Sterling Johnson, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:  United States v. $289,800, et al
             Civil Docket No. 12-CV-2173

Dear Judge Johnson:

    It has come to the government's attention, due to a clerical error, that a Certificate of Service belonging to a different case, was incorrectly filed under docket entry 24 for the above captioned case.  We respectfully request that it be removed from the docket.  The government apologizes for any inconvenience.

    Should you have any questions, please do not hesitate to contact the undersigned.

                        Respectfully submitted,

                        LORETTA E. LYNCH
                        United States Attorney
                        Eastern District of New York

           By:         /s/
                        Karen R. Hennigan
                        Special Assistant U.S. Attorney
                        (718) 254-6254

Enclosure