SLR:LDM/BDM:MDH
F. #2012V00377

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                  Plaintiff,

           -against-

TWO HUNDRED EIGHTY-NINE THOUSAND
EIGHT HUNDRED DOLLARS ($289,800.00)
SEIZED FROM LUIS DAMIAN JACAS ON
NOVEMBER 17, 2011, et al.,

                          Defendants *In Rem.*

------------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

No. 12-CV-2173 (SJ)

      Assistant U.S. Attorney Melanie D. Hendry hereby files a notice of appearance in this action

on behalf of the United States and requests that she be served with copies of all future filings.

Dated:    Brooklyn, New York
          April 3, 2013

                              Respectfully submitted,
                              LORETTA E. LYNCH

              By:           /s/
                              Melanie D. Hendry
                              Assistant U.S. Attorney
                              Eastern District of New York
                              271 Cadman Plaza East
                              Brooklyn, New York 11201
                              (718) 254-6040