U.S. GOVERNMENT PRINTING OFFICE 2000-520-672



# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPTS AND RETURNS

| | | |
|---|---|---|
| **PLANTIFF** United States of America | | **COURT CASE NUMBER** 12-CV-2173 |
| **DEFENDANT** Izak Irwin Gutman | | **TYPE OF PROCESS** Decree of Forfeiture |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE.
ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
U.S. Secret Service, 335 Adams Street, Brooklyn, New York 11201

**SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW**

LORETTA E. LYNCH
UNITED STATES ATTORNEY - EDNY
271 Cadman Plaza East - 7th Floor
Brooklyn, NY  11201
ATTN:  Melanie D. Hendry, AUSA

NUMBER OF PROCESS TO BE SERVED IN THIS CASE
NUMBER OF PARTIES TO BE SERVED IN THIS CASE
CHECK BOX IF SERVICE IS ON USA

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please execute as directed in the Decree of Forfeiture and Order for delivery.  Please transfer funds in the amount of $300,000.00 to the Asset Forfeiture Fund and return the amount of $573,479.00 to Joseph Corozzo, Esq., for claimant Izak Irwin Gutman.
Cats #(12-USS-000633) $873,479.00

Signature of Attorney or other Originator requesting service on behalf of: [X] Plaintiff  [ ] Defendant
AUSA Melanie D. Hendry
TELEPHONE NO. (718) 254-6254
DATE May 22, 2013

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated.
District of Origin No. _____
District to Serve No. _____
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER.
DATE

I HEREBY CERTIFY AND RETURN THAT I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE.

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)

DATE OF SERVICE 06/13·17/13
TIME OF SERVICE
[ ] AM  [ ] PM

SIGNATURE, TITLE AND TREASURY AGENCY
USSS

**REMARKS:**

$300,000.00 was transferred to the Treasury Forfeiture Fund on 6/13/2013 and $573,479.00 was returned to claimant Izak Irwin Gutman c/o Joseph Corozzo, Esq., on 6/17/2013.