SLR:LDM:MDH
F. #2012V00377

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

      -against-

TWO HUNDRED EIGHTY-NINE THOUSAND EIGHT HUNDRED DOLLARS ($289,800.00) SEIZED FROM LUIS DAMIAN JACAS ON NOVEMBER 17, 2011, et al.,

                Defendants *in rem*.

------------------------------------------------------------------X

**STIPULATION AND ORDER WITHDRAWING CLAIM WITH PREJUDICE**

Civil Action No. 12-CV-2173 (SJ)

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff, United States of America, and Gael Gordon (the "Claimant"), through their respective undersigned counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Claimant hereby withdraws, with prejudice and without attorney's fees or costs to any person or entity, her two Claims of Ownership dated June 6, 2012, concerning the following defendants *in rem*: (1) $289,800.00, more or less, in U.S. currency seized from Luis Damian Jacas on November 17,

2011, and (2) 288 bottles of wine seized on November 17, 2011 from Wine Care Storage LLC.

| | |
|---|---|
| Dated: Brooklyn, New York<br>April **14**, 2014 | Dated: New York, New York<br>April **14**, 2014 |
| LORETTA E. LYNCH<br>United States Attorney<br>Eastern District of New York<br>271 Cadman Plaza East<br>Brooklyn, New York 11201<br>*Attorney for Plaintiff* | DAVID SEGAL, ESQ.<br>7 Dey Street, Suite 140<br>New York, New York 10007<br>*Attorney for Claimant-Gael Gordon* |
| By: *[signature]*<br>Melanie D. Hendry<br>Assistant United States Attorney | By: *[signature]*<br>David Segal |

SO ORDERED:

_____
HON. STERLING JOHNSON, JR.
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

2