*Law Offices*
**DAVID SEGAL**

MEMBER LOUISIANA BAR

*7 Dey Street, Suite 1401*
*New York, New York 10007*

(212) 406-9200

ECF

Honorable Sterling Johnson, Jr.

Senior Judge, United States District Court

Eastern District Of New York

225 Cadman Plaza East

Brooklyn, New York 11201

April 30, 2014

Re: United States v. $289,800.00 seized from

Luis Damian Jacas on November 17, 2011, et al

12-CV-2173(SJ)

Dear Judge Johnson:

I represent Claimant Gael Gordon in the above entitled action and respectfully request that I be excused from the May 1, 2014 conference for the following reasons:

1. I am actually engaged on trial before Justice April Newbauer and a jury in the Supreme Court of the State of New York, County of Bronx, Part 75, in the case of People v. Mark Ochoa. This trial is expected to conclude on or About May 20, 2014.

2. I have spoken with AUSA Melanie D. Hendry who advised me what she intends to tell the Court as to the status of this case. I have no objection to Ms. Hendry's statements.

3. I have signed a Stipulation And Order Withdrawing Claim With Prejudice.

Thank you.

Respectfully,

*David Segal*

David Segal